**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-00835-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-9, and 11-21,

    Defendants.

**ORDER OF DISMISSAL AS TO JOHN DOE 13, ONLY**

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 13 Only** [#32][1] filed July 10, 2012.  After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant John Doe 13 should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 13 Only** [#32] filed July 10, 2012, is **APPROVED**;

2. That plaintiff's claims against defendant John Doe 13 are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That defendant John Doe 13 is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated July 10, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge