IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  12-cv-00835-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-9,11-12, and 14-21,

    Defendants.

**AMENDED[1]**
**ORDER OF DISMISSAL AS TO JOHN DOES 1, 2, 3, 4, 5, 6, 8, 9, 11,**
**12, 14, 16, 17, 18, 19, 20, and 21**

**Blackburn, J.**

The matter is before me *sua sponte* on the plaintiff's **Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 3, 4, 5, 6, 8, 9, 12, 14, 16, 17, 18, 19, 20 and 21** [#37][2] filed August 1, 2012.  After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendants John Does 1, 2, 3, 4, 5, 6, 8, 9, 11,12, 14, 16, 17, 18, 19, 20, and 21 should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's **Notice of Voluntary Dismissal Without Prejudice of John**

---

[1] The court amends its **Order of Dismissal As To John Does 1, 2, 3, 4, 5, 6, 8, 9, 12, 14, 16, 17, 18, 19, 20, and 21** [#38] to include John Doe 11, who was inadvertently omitted in the order.

[2] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Does 1, 2, 3, 4, 5, 6, 8, 9, 12, 14, 16, 17, 18, 19, 20 and 21** [#37] filed August 1, 2012, is **APPROVED**;

    2.  That plaintiff's claims against defendants John Does 1, 2, 3, 4, 5, 6, 8, 9, 11, 12, 14, 16, 17, 18, 19, 20, and 21 are **DISMISSED WITHOUT PREJUDICE**; and

    3.  That defendants John Does 1, 2, 3, 4, 5, 6, 8, 9, 11, 12, 14, 16, 17, 18, 19, 20, and 21 are **DROPPED** as a named parties to this action, and the case caption is amended accordingly.

    Dated August 2, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge