**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00835-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 7, 10, 11, 13 and 15,

    Defendants.

**ORDER OF DISMISSAL AS TO JOHN DOE 15, ONLY**

**Blackburn, J.**

The matter is before me on the plaintiff's **Notice of Voluntary Dismissal Without Prejudice of John Doe 15 Only** [#43][1] filed August 31, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claim against defendant John Doe 15 be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Notice of Voluntary Dismissal Without Prejudice of John Doe 15 Only** [#43] filed August 31, 2012, is **APPROVED**;

2. That plaintiff's claim against defendant John Doe 15 is **DISMISSED WITHOUT PREJUDICE**; and

3. That defendant John Doe 15 is **DROPPED** as a named party to this action,

---

[1] "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

and the case caption is amended accordingly.

Dated September 5, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge