IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00835-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-21,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 5, 2012.**

    Plaintiff's Second Motion for Extension of Time Within Which it has to Effectuate Service on John Doe Defendant [filed August 31, 2012; docket #44] is **granted in part** and **denied in part**. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff shall effectuate service on all remaining Doe Defendants on or before **September 28, 2012**.[1]

---

[1] The Court observes that September 30, 2012, the deadline Plaintiff requests, is a Sunday.