IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00835-REB-MEH

MALIBU MEDIA, LLC,

     Plaintiff,

v.

JOHN DOE 7,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 28, 2012.**

     Plaintiff's Third Motion for Extension of Time Within Which it has to Effectuate Service on John Doe Defendant [filed September 28, 2012; docket #49] is **granted in part and denied in part**. The Plaintiff has failed to demonstrate good cause for a 30-day extension of time; Plaintiff articulates no reason why it would require 30 days to amend its complaint and serve it on the Defendant. However, the Court will grant a short extension; the Plaintiff shall serve the summons and complaint in this case upon John Doe 7 on or before October 5, 2012.