**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00835-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 7, 10, 11, and 13,

    Defendants.

## ORDER OF DISMISSAL AS TO JOHN DOE 7, ONLY

**Blackburn, J.**

    The matter is before me on the plaintiff's **Notice of Voluntary Dismissal Without Prejudice of John Doe 7 Only** [#52][1] filed November 19, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant John Doe 7 be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's **Notice of Voluntary Dismissal Without Prejudice of John Doe 7 Only** [#52] filed November 19, 2012, is **APPROVED**;

    2. That plaintiff's claims against defendant John Doe 7 are **DISMISSED WITHOUT PREJUDICE**; and

---

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendant John Doe 7 is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated November 20, 2012, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge